Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

JUN 3 0 2008

Clerk, U.S. District and Bankruptcy Courts

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRANKLIN J. WHITFIELD
NAME (Under which you were convicted)

0435532
PRISON NUMBER

BERTIE CORRECTIONAL INSTITUTE
PLACE OF CONFINEMENT/ADDRESS
P.O. BOX 129 WINDSOR N.C.
27983

FRANKLIN J. WHITFIELD     )
(Full Name)      Petitioner  )
                            )
                            )
                            )
         v.                 )
                            )
UNITED STATES OF AMERICA    )
PAUL TREVOR SHARPE          )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
                 Respondent )

Case: 1:08-cv-01127
Assigned To : Unassigned
Assign. Date : 6/30/2008
Description: Habeas Corpus/2255

### COMPLAINT
### PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
MAY 29 2008
Clerk, U.S. District and
Bankruptcy Courts

1

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
    U.S. DISTRICT COURT FOR NORTH CAROLINA MIDDLE DISTRICT GREENSBORO N.C.

2.  (a) Date of the sentence (or detention): _____

3.  Length of sentence: _____

4.  Nature of offense involved (all counts): (2) COUNTS OF HABITUAL FELON

5.  (a) What was your plea? (Check one):
    ☑ Not guilty
    ☐ Guilty
    ☐ Nolo Contendere (no contest)
    ☐ Insanity

Page 3

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_____
_____
_____
_____
_____
_____

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
☑ Yes
☐ No

7. If your answer to Question 10 was "Yes," give the following information:
(a) (1) Name of Court: N.C. COURT OF APPEALS
    (2) Nature of the proceedings: _____
    _____
    _____

    (3) Grounds raised: _____
    _____
    _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes
    ☑ No
    (5) Result: DENIED
    (6) Date of result: _____

(b) As to any second petition, application, or motion, give the same information:
    (1) Name of Court: U.S. DISTRICT COURT FOR NORTH CARO-
    (2) Nature of the proceedings: LINA MIDDLE DISTRICT
    _____
    _____

    (3) Grounds raised: _____
    _____
    _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes
    ☑ No
    (5) Result: DENIED

  (6) Date of result: _____

(c) As to any third petition, application, or motion, give the same information:
  (1) Name of Court: U.S. COURT OF APPEALS FOURTH CIRCUIT
  (2) Nature of the proceedings: _____

  (3) Grounds raised: _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes
   ☐ No
  (5) Result: DENIED
  (6) Date of result: _____

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
  (1) First petition, etc."
   ☐ Yes
   ☐ No
  (2) Second petition, etc.:
   ☐ Yes
   ☐ No
  (3) Third petition, etc.:
   ☐ Yes
   ☐ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: DEFAULT EXCUSED UNDER ACTUAL INNOCENCE EXCEPTION

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. GROUND ONE: <ins>MISCARRIAGE OF JUSTICE WHEN D.C. IGNORED</ins>
   (a) <ins>COLORABLE HABITUAL FELON ACTUAL INNOCENCE CLAIMS</ins>
   Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: HABITUAL FELON INDICTMENTS CHARGED ELEMENTS OF HABITUAL FELON DECLARATION. NEITHER COURT, PROSECUTOR, NOR COUNSEL CORRECTLY UNDERSTOOD ELEMENTS OF N.C.G.S. 14-7.1. INDICTMENT FAILED TO CHARGE OFFENSE. PETITIONER WAS CONVICTED OF VIOLATING A DECLARATION.

B. GROUND TWO:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

C. GROUND THREE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

D.  GROUND FOUR:
    (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

9.  If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

    (a) If so, give the name and location of the court and case number, if known: _____
    _____
    _____

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    _____
    _____

Page 7

(b) And give date and length of sentence to be served in future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  ☐ Yes
  ☐ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

X *Franklin Whitfield*
Petitioner's Signature

MAY 28, 2008
Date